UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIA SIMS, as Guardian of the minor child, Devon Sims, | : | **CIVIL NO. 1:05-CV-0715** |
| Plaintiff | : | (Judge Conner) |
| v. | : | (Magistrate Judge Smyser) |
| LAIDLAW TRANSIT, | : | |
| Defendant | : | |

## **REPORT AND RECOMMENDATION**

The background of this Order is as stated in the petition of Asia Sims (Doc. 9), filed August 31, 2005. **IT IS RECOMMENDED** that the Petition of Asia Sims, as the guardian for Devon Sims, and the Certificate of Asia Sims be granted and that the court find that Asia Sims, guardian of the minor child, Devon Sims, is authorized to execute a General Release and Settlement Agreement releasing defendant, Laidlaw Transit, from liability upon payment of the sum of $1,000.00 and that the court order that the settlement amount of $1,000.00 is approved.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: September 1, 2005.