**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ASIA SIMS, and ASIA SIMS as guardian of the minor child, DEVON SIMS,** : : : | **CIVIL ACTION NO. 1:05-CV-0715** **(Judge Conner)** |
| **Plaintiffs** : : | |
| **v.** : : | |
| **LAIDLAW TRANSIT,** : : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 2nd day of November, 2005, upon consideration of the report of the magistrate judge (Doc. 10), recommending that plaintiffs' petition (Doc. 9) for approval of settlement of a minor be granted, and it appearing that the court is unable to determine the reasonableness of the attorney's fees requested, see In re Rite Aid Corp. v. Sec. Litig., 396 F.3d 294, 301-02, 305 (3d Cir. 2005) (stating that courts are to conduct "robust" analysis of reasonableness of proffered fees in light of geographic area, nature of services provided, and experience of attorneys), and that the petition is unclear whether attorney's fees are to be paid from the settlement amount (see Doc. 9 at 6),[1] it is hereby ORDERED that:

---

[1] The petition for approval of settlement indicates that the entire settlement amount is to be deposited into an account with a financial institution and that no withdrawals may be made without leave of court. (Doc. 9 at 6.) It is unclear whether the fees sought are to be paid from this account, thus requiring judicial approval.

1. Counsel for minor plaintiff shall be permitted to file, on or before November 16, 2005, an affidavit and any documents in support of the request for attorney's fees.  See In re Rite Aid Corp. v. Sec. Litig., 396 F.3d 294, 301-02, 305 (3d Cir. 2005).

2. Counsel for minor plaintiff shall file, on or before November 16, 2005, a response indicating whether any attorney's fees are to be paid from the settlement amount and the exact amount to be deposited at the financial institution.

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge