**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASIA SIMS, and ASIA SIMS as** | : | **CIVIL ACTION NO. 1:05-0715** |
| **guardian of the minor child,** | : | |
| **DEVON SIMS,** | : | **(Judge Conner)** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LAIDLAW TRANSIT,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 17th day of November, 2005, upon consideration of the report of the magistrate judge (Doc. 10), recommending that plaintiffs' petition (Doc. 9) for approval of settlement of a minor be granted, and the response and affidavit of attorney's fees (Doc. 12) filed by counsel for minor plaintiff, and following an independent review of the record, and that the terms of the proposed settlement agreement (Doc. 9, Ex.) are reasonable and fair and in the best interests of the minor plaintiff, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 10) is ADOPTED.

2. The petition (Doc. 9) for approval of settlement of a minor is GRANTED.

3. The settlement of $1,000 is fair, reasonable, and in the best interests of plaintiff Devon Sims, and shall be distributed as follows:

   a. The sum of $333.33 shall be paid to William C. Dissinger for fair and reasonable attorney's fees.

     b.    The sum of $666.67 shall be deposited in Blue Chip Federal Credit Union, located at 5050 Derry Street, Harrisburg, Pennsylvania, 17111, in the name of Asia Sims, as trustee for Devon Sims.

         i.    No withdrawal of funds shall be made during plaintiff Devon Sims's minority without prior leave of court.

        ii.    The balance of the account shall be relinquished to plaintiff Devon Sims upon attainment of eighteen (18) years of age.

4.    A copy of this order shall be provided to the Blue Chip Federal Credit Union.

5.    Plaintiff Asia Sims shall be permitted to execute a release on behalf of minor plaintiff Devon Sims upon defendant tendering the settlement amount.


                    __S/ Christopher C. Conner____
                    CHRISTOPHER C. CONNER
                    United States District Judge