**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASIA SIMS and ASIA SIMS as** | : | **CIVIL ACTION NO. 1:05-CV-0715** |
| **Guardian of the minor child,** | : | |
| **Devon Sims,** | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **LAIDLAW TRANSIT,** | : | |
| **Defendant** | : | |

## **ORDER**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.


Dated: December 21, 2005          S/ Christopher C. Conner
                                  CHRISTOPHER C. CONNER
                                  United States District Judge